United States District Court
Southern District of Texas
**ENTERED**
July 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| VS. § | CRIMINAL NO. M-16-1589-01 |
| GUILLERMO MORALES § | |
| a/k/a "Don Gio" | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of <u>AGREED MOTION FOR FORFEITURE (DE #563)</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ☐ Document is not signed by attorney of record. (L.R.11.3)
2. ☐ Document does not comply with L.R.11.3.A
3. ☐ Caption of the document is incomplete. (L.R.10.1)
4. ☐ No certificate of service or explanation why service is not required. (Cr.L.R.12.4)
5. ☒ Motion does not comply with Cr.L.R.12.2.
   a. ☐ No statement of opposition or non-opposition as to the merits of the motion. (Cr.L.R.12.2.)
   b. ☐ No statement of conference between all counsel. (Cr.L.R.12.2)
   c. ☒ No separate proposed order attached (Cr.L.R.12.2.)
6. ☐ Other: _____

The document is stricken from the record.

Date: 7/5/18

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

01.cr (06/10/97)